<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1104**

AVERY M. RIGGSBEE,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; WENDY A. OWENS; J. MICHAEL DUNCAN;
INTERSTATE INSURANCE SERVICE GROUP; S. MITCHELL FREEDMAN,
M.D.; BUCK LATTIMORE; RENEE C. RIGGSBEE; LAURA A. KARNIFELD
MAVETIC; DR. ANAGNOS DAMON; W. BAIN JONES, JR.; DR. GEORGE
EDWARDS, JR.,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro. Williams L. Osteen,
Jr., Chief District Judge. (1:14-cv-00563-WO-JEP)

Submitted: April 23, 2015        Decided: April 28, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Avery M. Riggsbee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Avery M. Riggsbee appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Riggsbee v. United States</u>, No. 1:14-cv-00563-WO-JEP (M.D.N.C. Jan. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>